UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN MASSENGALE,<br>Plaintiff,<br>v.<br>COUNTY OF KERN,<br>Defendant. | Case No. 1:24-cv-00066-JLT-CDB<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DISMISSING CERTAIN CLAIMS AND PROCEEDING ON COGNIZABLE CLAIMS OF THIRD AMENDED COMPLAINT<br><br>(Doc. 18) |

Kevin Massengale is a former pretrial detainee proceeding pro se and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. This matter was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302(c).

On May 5, 2026, the assigned magistrate judge issued findings and recommendations to dismiss certain claims and to proceed on cognizable claims of Plaintiff's third amended complaint ("TAC") (Doc. 17). (Doc. 18.) Specifically, the magistrate judge found that, following screening of the TAC, Plaintiff states a cause of action under *Monell v. Dep't of Soc. Servs. Of City of New York*, 436 U.S. 658, 691 (1978) based on violation of the Fourth Amendment ("Count I") and a state law claim for false imprisonment ("Count IV") against Defendant County of Kern but that he fails to state any other claim. *Id.* at 16. Plaintiff was ordered to file any objections to the findings and recommendations within 14 days after service thereof. *Id.* (citing *Wilkerson v. Wheeler*, 772 F.3d 834, 839 (9th Cir. 2014).) No objections were filed and the time to do so has

now passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1), the Court conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court concludes that the findings and recommendations are supported by the record and by proper analysis.

Accordingly, the Court **ORDERS**:

1. The findings and recommendations issued on May 5, 2026 (Doc. 18) are **ADOPTED in full**.
2. Following screening of the third amended complaint (Doc. 17), this action **PROCEEDS** on Plaintiff's cause of action under *Monell* based on violation of the Fourth Amendment ("Count I") and state law claim for false imprisonment ("Count IV") against Defendant County of Kern.
3. All remaining claims are **DISMISSED** without leave to amend.

IT IS SO ORDERED.

Dated: July 24, 2026

Jennifer L. Thurston
UNITED STATES DISTRICT JUDGE