UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

KEVIN MASSENGALE,

Plaintiff,

v.

COUNTY OF KERN,

Defendant.

Case No. 1:24-cv-00066-JLT-CDB

ORDER TO COMPLETE AND RETURN SERVICE DOCUMENTS

(Doc. 19)

**30-DAY DEADLINE**

Plaintiff Kevin Massengale ("Plaintiff") is a former pretrial detainee proceeding pro se and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. Following screening of Plaintiff's third amended complaint ("TAC"), this action proceeds on Plaintiff's cause of action under *Monell* based on violation of the Fourth Amendment ("Count I") and state law claim for false imprisonment ("Count IV") against Defendant County of Kern ("Defendant"). (Docs. 17, 18, 19).

Accordingly, the Court HEREBY ORDERS:

1. Service is appropriate for the following Defendants:
   a. County of Kern
2. The Clerk of the Court shall send Plaintiff the following:
   a. an instruction sheet;
   b. a Notice of Submission of Documents form;
   c. One USM-285 form; and

d. One summons.

3. Within 30 days from the date of this order, Plaintiff shall complete the attached Notice of Submission of Documents form and submit the completed Notice to the Court, pursuant to the instructions set forth on the attached instruction sheet, and the following documents:

   a. Completed summons for Defendant County of Kern listed above; and

   b. Completed USM-285 form for Defendant County of Kern listed above.

4. Plaintiff need not attempt service on Defendant County of Kern and need not request waiver of service. Upon receipt of the above-described documents, the Court will direct the United States Marshal to serve the above-named Defendant pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

**Any failure by Plaintiff to timely comply with this order will result in a recommendation that this action be dismissed.**

IT IS SO ORDERED.

Dated: **July 27, 2026**

UNITED STATES MAGISTRATE JUDGE