UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

KEVIN MASSENGALE,

Plaintiff,

v.

COUNTY OF KERN,

Defendant.

Case No. 1:24-cv-00066-JLT-CDB

ORDER DIRECTING SERVICE BY THE UNITED STATES MARSHALS SERVICE WITHOUT PREPAYMENT OF COSTS

(Doc. 21)

Plaintiff Kevin Massengale ("Plaintiff") is a former pretrial detainee proceeding pro se and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. Following screening of Plaintiff's third amended complaint ("TAC"), this action proceeds on Plaintiff's cause of action for municipal liability based on violation of the Fourth Amendment ("Count I") and state law claim for false imprisonment ("Count IV") against Defendant County of Kern ("Defendant"). (Docs. 17, 18, 19).

On July 27, 2026, the Court found service of the TAC appropriate and directed Plaintiff to complete a notice of submission of documents required for service on Defendant. (Doc. 20). On August 6, 2026, Plaintiff filed a notice of submission of documents. (Doc. 21).

*Remainder of This Page Intentionally Left Blank*

Pursuant to Federal Rule of Civil Procedure 4, it is HEREBY ORDERED:

1. The Clerk of the Court is directed to issue the following: 1) Summons; 2) the Scheduling Order; 3) the Order re Consent or Request for Reassignment; and 4) a Consent to Assignment or Request for Reassignment form.
2. The Clerk of the Court is directed to forward a copy of the following documents to the United States Marshal:
   a. A copy of the lodged third amended complaint (Doc. 17), Summons, the Order re Consent or Request for Reassignment, and the Consent to Assignment or Request for Reassignment form, plus extra copies for the Marshals Service;
   b. A copy of the findings and recommendations to dismiss certain claims and proceed on cognizable claims of the third amended complaint (Doc. 18);
   c. A copy of the order adopting findings and recommendations (Doc. 19),
   d. A copy of this order, plus an extra copy for the Marshals Service; and
   e. A copy of the USM-285 form as to Defendant County of Kern.
3. Within ten days from the date of this order, the U.S. Marshals Service ("USMS") is DIRECTED to notify the aforementioned Defendant of the commencement of this action and to request a waiver of service in accordance with the provisions of Fed. R. Civ. P. 4(d) and 28 U.S.C. § 566(c) as to Defendant.
4. The USMS is directed to retain the summons and a copy of the lodged third amended complaint in its file for future use.
5. The USMS shall file returned waivers of service as well as any requests for waivers of service that are returned as undelivered as soon as they are received;
6. If a waiver of service is not returned by any Defendant within sixty (60) days of the date of mailing the request for waiver, the USMS shall:
   a. Personally serve process and a copy of this order upon the Defendant pursuant to Rule 4 and 28 U.S.C. § 566(c);
   b. Within ten days after personal service is effected, the USMS shall file the return of service for the Defendant, along with evidence of any attempts to secure a

waiver of service of process and of the costs subsequently incurred in effecting service on said Defendant. Said costs shall be enumerated on the USM-285 form and shall include the costs incurred by the USMS for photocopying additional copies of the summons and complaint and for preparing new USM-285 forms if required. Costs of service will be taxed against the personally served Defendant in accordance with the provisions of Fed. R. Civ. P. 4(d)(2).

7. If Defendant waives service, it is required to return the signed waiver to the USMS. The filing of an answer or a responsive motion does not relieve Defendant of this requirement, and the failure to return the signed waivers may subject Defendant to an order to pay the costs of service pursuant to Fed. R. Civ. P. 4(d)(2).

IT IS SO ORDERED.

Dated: **August 10, 2026**

UNITED STATES MAGISTRATE JUDGE